John N.Falcone
Name
2702 Roger ST.

JUNEAU,ALASKA
Mailing address
(907)790-1868
Telephone

RECEIVED

MAR 1 2 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

RECEIVED

MAR 0 7 2007

CLERK, U.S. DISTRICT COURT
JUNEAU, ALASKA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

John Nicholas Falcone                    ,
(Full name of plaintiff in this action)

                              Plaintiff,

VS.

John W.Sivertsen                         ,

Thomas wagner                            ,

Keith B.Levy                             ,
(Full names of ALL defendant(s)
     Do NOT use et al

                    Defendant(s)

Case No. 1:07-cv-00005 Jws
(To be supplied by Court)

ACTION TO COMPELL UNDER
28 U.S.C.§ 1361

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C.§1331,28 U.S.C.§1332(A),and 28 U.S.C.1361.

If you assert jurisdiction under any different or additional authorities,list

them: 28 U.S.C.§351.

### B. Parties

1. Plaintiff:This complaint alleges that the civil rights of John N.Falcone
                                                    (print your name)
who presently resides at 2702 Roger ST.JUNEAU,ALASKA.                    ,were
                                            (mailing address)
violated by the actions of the below named individual(s).

PS 02 (4/06)                    Page 1 of 8

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, <u>John W.Sivertsen</u>_____, is a citizen of
<div align="center">(name)</div>
<u>ALASKA</u>_____, and is employed as a <u>Magistrate</u>_____.
<div style="margin-left:4em">(state)</div> <div align="right">(defendant's government position/title)</div>

<u>Yes</u> This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, <u>Thomas Wagner</u>_____, is a citizen of
<div align="center">(name)</div>
<u>ALASKA</u>_____, and is employed as <u>Public Defender</u>_____.
<div style="margin-left:4em">(state)</div> <div align="right">(defendant's government position/title)</div>

<u>Yes</u> This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, <u>Keith B.Levy</u>_____, is a citizen of
<div align="center">(name)</div>
<u>ALASKA</u>_____, and is employed as a <u>District Court Justic</u>_____.
<div style="margin-left:4em">(state)</div> <div align="right">(defendant's government position/title)</div>

<u>Yes</u> This defendant **personally participated** in causing my injury, and I want **money damages**.

**OR**

_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: On or about <u>2/20/07,1:43:27</u>, my civil right to <u>Due process</u>_____
<div style="margin-left:8em">(Date)</div> <div align="right">(Right to medical care, access to courts, due process,</div>

freedom of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** violation.)

<div align="center">Page 2 of 8</div>

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1.)

Magistrate John W.Sivertsen did not do his job,and answer the question I asked

him at bottem of page 4 of the submitted transcripts.

Case 1:07-cv-00005-JWS   Document 1   Filed 03/12/07   Page 3 of 9

Claim 2: The following civil right has been violated: Freedom of association and/or assembly.

(e.g., due process, freedom of religion, free speech, freedom

of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

Thomas wagner,entered a plea without my consent,see submitted transcript page 17.

Thus infringing on my rights as a free American asking for the Courts Legal

jurisdiction.

Page 4 of 8

<u>Claim 3</u>: The following civil right has been violated:<u> Free speech.</u>

<div align="right">(e.g., due process, freedom of religion, free speech, freedom</div>

of association and/or assembly, freedom from cruel and unusual punishment, etc.  List **only one** civil right violation.)

<u>Supporting Facts</u>:  (Briefly describe **facts** you consider important to Claim 3.  State what happened clearly, **in your own words.**  DO NOT cite legal authority or argument.  Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3.  Include **dates**.)

Keith B.Levy Restricted my freedom of speech,and right to defend myself by

appointing an unwanted attorney,and not going by the United States Constitution.

Page 5 of 8

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action? _____ Yes _NO_ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

Page 6 of 8

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ _____ 50,000 _____

2. Punitive damages in the amount of $ 25,000, per day for restrictions, (bail) (prison)

3. An order requiring defendant(s) to Compell and support the Constitution of the ____

United States. _____

_____

4. A declaration that _____

_____

_____

5. Other: _____

_____

_____

Plaintiff demands a trial by _____ Jury _____ Court. (Choose one.)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

_John Falcone_ (signature)

**Plaintiff's Original Signature**

_John Nicholas Falcone_
Plaintiff's Full Name

Executed at __Juneau__ on __3/7/07__
          (Location)                    (Date)

Page 7 of 8

_N/A_

_____
Original Signature of Attorney (if any)

_____
(Date)

_____

_____

_____
Attorney's Address and Telephone Number

Page 8 of 8

John Falcone
2702 Roger St.
Juneau, ALASKA 99801

RETURN RECEIPT
REQUESTED

7006 2760 0005 1308 9709

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
CLERK OF COURT
FEDERAL Building, U.S. CourtHouse
222 W. 7TH Avenue. #4 ANCHORAGE, ALASKA 99513-7

RETURN RECEIPT
REQUESTED

MAR 07 2007

